# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | | |
|---|---|---|
| Kimberly L. Jackson, Administratrix of the Estate of Jerry D. Jackson, Jr, | ) ) ) | CASE NO. 4:16-CV-03219-RBH |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | CONSENT AMENDED ORDER OF JUDGMENT AGAINST THE UNITED STATES OF AMERICA |
| United States of America, | ) ) | |
| Defendant. | ) ) | |

This matter is before the Court based on consent of the parties to reduce the judgment obtained by the Plaintiff against the United States of America. Briefly stated, this Court granted Judgment to the Plaintiff in the amount of Three Million Seven Hundred Eighteen Thousand, Seven Hundred Twenty-four and 47/100 Dollars ($3,718,724.47) on April 12, 2018. Prior to the verdict Plaintiff, with the full knowledge and consent of the United States Postal Service, had collected Twenty-five Thousand and no/100 Dollars ($25,000.00) from the liability limits of the vehicle driven by Carolyn Cole. Plaintiff has agreed with the Defendant United States of America and the U.S. Postal Service that this would be a credit against the verdict. Accordingly, Plaintiff consents to a reduction of the verdict to the sum of Three Million Six Hundred Ninety-three Thousand, Seven Hundred Twenty-four and 47/100 Dollars ($3,693,724.47), plus costs in the amount of Eight Thousand Eight Hundred Eight and 54/100 Dollars ($8,808.54), for a total judgment of Three Million Seven Hundred Two Thousand, Five Hundred Thirty-three and 01/100 Dollars ($3,702,533.01). Further, Plaintiff agrees to waive any accrued interest based on an agreement by counsel on June 18, 2018 that the verdict be paid within ten (10) business days. Accordingly, this matter is ended based on the agreement of counsel

**IT IS SO ORDERED.**

June 27, 2018　　　　　　　　　　　　　　　　　　s/ R. Bryan Harwell
Florence, South Carolina　　　　　　　　　　　　R. Bryan Harwell
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

WE CONSENT:

*s/John D. Hudson*
John D. Hudson, USDC ID: 1993
HUDSON & GRAHAM LAW OFFICES
PO Box 70218
Myrtle Beach SC  29572
Ph:  843-692-9889; Fax: 843-692-9190
E:  hudsonlaw@hudsonlawoffice.com

*s/Gene M. Connell, Jr.*
Gene M. Connell, Jr. (Fed. I.D. No. 236)
The Courtyard, Suite 209
1500 U.S. Highway 17 North
Post Office Drawer 14547
Surfside Beach, South Carolina  29587-4547
(843) 238-5648 (phone)
(843) 238-5050 (facsimile)
gconnell@classactlaw.net

*s/John D. Hudson Jr.*
John D. Hudson, Jr., USDC ID: 7580
GALLIVAN, WHITE & BOYD, P.A.
1201 Main Street, Suite 1200 (29201)
Post Office Box 7368 (29202)
Columbia, SC
Ph: 803-724-1777; Fax: 803-779-1767
E: jhudson@gwblawfirm.com


SHERRI A. LYDON
UNITED STATES ATTORNEY

By: *s/Lee E. Berlinsky*
Lee E. Berlinsky Fed ID #05443
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, South Carolina 29401
(843) 266-1600