AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Kimberly L. Jackson, Administratrix of the Estate of Jerry D. Jackson, Jr., *Plaintiff* <br> v. <br> United States of America, *Defendant* | Civil Action No. 4:16-cv-3219-RBH |

**AMENDED JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☒ the plaintiff Kimberly L. Jackson, Administratrix of the Estate of Jerry D. Jackson, Jr., recover from the defendant United States of America the amount of three million, seven hundred two thousand, five hundred thirty-three and 01/100 dollars ($3,702,533.01).

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other:

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☒ tried by the Honorable R. Bryan Harwell, United States District Judge, presiding, without a jury and the above decision was reached.

Date: June 27, 2018

Robin L. Blume
*CLERK OF COURT*

s/L.Suttles
*Signature of Clerk or Deputy Clerk*